**No. 44712.**—Protest 38083–K of National Peat Moss Co. (New York).

Opinion by Evans, J.   In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the claim for free entry under paragraph 1685 was sustained.

**No. 44713.**—Protests 30641–K, etc., of F. H. Von Damm et al. (New York).

Opinion by Evans, J.   In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the claim for free entry under paragraph 1685 was sustained.

**No. 44714.**—Protests 10247–K, etc., of J. D. Richardson Co. et al. (Detroit).

Opinion by Evans, J.   In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the claim for free entry under paragraph 1685 was sustained.

**No. 44715.**—Protests 28219–K, etc., of Del Gaizo Distributing Corp. et al. (New York).

Opinion by Evans, J.   On the records presented the protests were overruled.

BEFORE THE FIRST DIVISION, NOVEMBER 12, 1940

**No. 44716.**—Protests 534007–G, etc., of A. Hirschberger (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is wool hoods and other merchandise similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

**No. 44717.**—Protests 734819–G, etc., of Henry Pollak, Inc. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is wool hoods and similar merchandise to that involved in *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

**No. 44718.**—Protests 829807–G, etc., of American Straw Goods Co. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is wool hoods and similar merchandise to that involved in *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.